

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00283-CV

| | | |
|---|---|---|
| Jerry V. Durant; Jerry Durant, Inc. d/b/a Durant Toyota and d/b/a Jerry Durant Toyota; Jerry Durant Hyundai, LLC; Doyle Maynard; Robert G. Cote, Sr.; Gary Michael Deere; Jerry Rash; and Elliot "Scooter" Michelson | § § § § | From the 153rd District Court of Tarrant County (153-257626-12) |
| | § | February 11, 2016 |
| v. | § | |
| Andrew Anderson | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a judgment that Andrew Anderson take nothing in his claims.

It is further ordered that appellee Andrew Anderson shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel